FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARASOFT CORPORATION,<br><br>Plaintiff(s)<br><br>v.<br><br>AGITAR SOFTWARE, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 05-4465 PA (PLAx)<br><br><br>**ORDER/REFERRAL TO<br>ADR PILOT PROGRAM** |

IT IS HEREBY ORDERED THAT this case shall be

☐ ordered to the Attorney Settlement Officer Panel for an early settlement conference to be completed no later than
_____. Within ten (10) days, plaintiff shall: obtain the consent of the Attorney Settlement
Officer who will conduct the settlement conference; telephonically notify the Attorney Settlement Officer Panel
Coordinator ( 213-894-8249) of the consent; and file form ADR-2, Stipulation Regarding Selection of Attorney
Settlement Officer. If the parties have not selected and obtained the consent of an Attorney Settlement Officer
within ten (10) days, one shall be randomly assigned by the Attorney Settlement Officer Panel Coordinator
appointed by the court. Forms and a list of Attorney Settlement Officers are available on the court's website
located at www.cacd.uscourts.gov.

☐ ordered to the Attorney Settlement Officer Panel for a Local Civil Rule 16-14 Settlement Conference. Within ten
(10) days, plaintiff shall: obtain the consent of the Attorney Settlement Officer who will conduct the settlement
conference; telephonically notify the Attorney Settlement Officer Panel Coordinator (213-894-8249) of the
consent; and file form ADR-2, Stipulation Regarding Selection of Attorney Settlement Officer. If the parties have
not selected and obtained the consent of an Attorney Settlement Officer within ten (10) days, one shall be
randomly assigned by the Attorney Settlement Officer Panel Coordinator appointed by the court. Forms and a list
of Attorney Settlement Officers are available on the court's website located at www.cacd.uscourts.gov.

☒ ordered to a private mediator based upon a stipulation of the parties to be completed no later than
_TBD_____

☐ other _____
_____

DOCKETED ON CM

SEP - 9 2005

BY_____ 001

The Court hereby directs the parties to complete the following discovery before engaging in the settlement
conference or mediation hearing _____

The Court further sets a status conference on _____

Dated: _September 6, 2005_

_____
United States District Judge

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-12 (08/04)                    **ORDER / REFERRAL TO ADR PILOT PROGRAM**