GREGORY P. STONE (SBN 078329)
DAVID M. ROSENWEIG (SBN 176272)
DANIEL A. BECK (SBN 204496)
MUNGER, TOLLES & OLSEN LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: gregory.stone@mto.com

PETER A. DETRE (SBN 182619)
MUNGER, TOLLES & OLSEN LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: peter.detre@mto.com

Attorneys for Plaintiff/Counterclaim
Defendant
PARASOFT CORPORATION

CRAIG HENTSCHEL (SBN 066178)
NAOMI CARRY (SBN 182887)
Dykema Gossett LLP
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1818
Facsimile: (213) 457-1850
Email: chentschel@dykema.com

RON E. SHULMAN (SBN 178263)
TERRY KEARNEY (SBN 160054)
WILSON SONSINI GOODRICH &
ROSATI, PC
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: tkearney@wsgr.com

Attorneys for Defendant/Counterclaim
Plaintiff
AGITAR SOFTWARE, INC.

Priority
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PARASOFT CORPORATION | CASE NO.: CV05-4465-PA (PLAx) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| AGITAR SOFTWARE, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Each party shall bear its own attorney's fees and costs.

//

DOCKETED ON CM

OCT - 6 2005

BY _____ 001

IT IS SO ORDERED

Date 10-4-05

United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO.: CV05-4465-PA (PLAx)

1

2    DATED: October 3, 2005          MUNGER TOLLES & OLSEN LLP

3

4                                    By: _____

5                                        For Gregory P. Stone

6                                    Attorneys for Plaintiff/Counterclaim Defendant
                                     PARASOFT CORP.
7

8

9    DATED:  October 3 , 2005        WILSON SONSINI GOODRICH & ROSATI

10

11                                   By: _____

12                                       Terry Kearney

13                                   Attorneys for Defendant/Counterclaim Plaintiff
                                     AGITAR SOFTWARE, INC.
14

15

16

17   IT IS SO ORDERED.

18

19   DATED: _____        _____
                                          The Honorable Percy Anderson
20                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                     -2-     STIPULATION AND [PROPOSED] ORDER OF
                                                                        DISMISSAL
                                             CASE NO.: CV05-4465-PA (PLAx)

### CERTIFICATE OF SERVICE

I, Kathi Morimoto Basso, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 355 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On October 4, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

on interested party(ies), by placing a true copy(ies) thereof in a sealed envelope(s) addressed as shown by the following means of service:

| | |
|---|---|
| Ron E. Shulman, Esq. | Craig Hentschel, Esq. |
| Terry Kearney, Esq. | Naomi Carry, Esq. |
| Wilson Sonsini Goodrich & Rosati | Dykema Gossett LLP |
| 650 Page Mill Road | 333 South Grand Avenue, Suite 2100 |
| Palo Alto, CA 94304-1050 | Los Angeles, CA 90071 |
| Tel: 650-493-9300 | Tel: 213-457-1800 |
| Fax: 650-493-6811 | Fax: 213-457-1850 |
| Email: tcarmack@wsgr.com | Email: chentschel@dykema.com |

☑ **BY MAIL**: I placed a true copy(ies)/the original(s) of said document(s) in a sealed envelope(s) addressed as indicated above, and deposited said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Los Angeles, California, on the date indicated above. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service in the ordinary course of business with first class postage thereon fully prepaid on the same day it is placed for collection, processing, and mailing.

☐ **BY ELECTRONIC MAIL**: I caused such document(s) to be transmitted by electronic mail to the party(ies) and address(es) indicated above.

☐ **BY PERSONAL SERVICE**: I placed a true copy(ies) in a sealed envelope(s) addressed to each person(s) named at the address(es) indicated above, and caused same to be personally delivered by a messenger before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE**: From facsimile number (213) 687-3702, I caused such document(s) to be transmitted by facsimile machine, to the party(ies) and number(s) indicated above. The facsimile machine used complies with Rule 2003(2).

☐ **BY FEDEX**: I placed a true copy(ies) of the above mentioned document(s) in a sealed envelope or package designated by FedEx, addressed to the person(s) indicated above for overnight delivery and deposited same in interoffice mail for collection and deposit to an employee authorized by FedEx to receive such parcel on that date, following ordinary business practices. I am familiar with the firm's practice of collection and processing correspondence. It is deposited with an employee authorized by FedEx to receive such parcel with delivery fees paid or provided for the same day it is placed for collection.

☑ I am employed in the office of a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2005.

_Kathi Morimoto Basso_
Kathi Morimoto Basso